| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)<br><br>Tacha, Deanell R. | 2. Court or Organization<br>United States Court of Appeals Tenth Circuit | 3. Date of Report<br><br>May 5, 2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Judge (Active) | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial _X_ Annual ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br><br><br>01/01/05-12/31/05 |
| 7. Chambers or Office Address<br><br>643 Massachusetts St., Suite 301<br>Lawrence, KS 66044-2292 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 See Attachment #1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED MAY 15 II 54 AM '06 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| [ ] NONE (No reportable non-investment income.) | | |
|---|---|---|
| 1 See Attachment #2 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| [ ] NONE (No reportable non-investment income.) | | |
|---|---|---|
| 1 See Attachment #2 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | See Attachment #3 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | See Attachment #4 | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 5, 2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  See Attachment #5 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1   Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
    (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2   Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
    (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
    P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3   Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
    (See Col. C2)   U=Book value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ■■■■■■■■■■■■■■■■■■■■■■

Date 5/5/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# ATTACHMENT 1

**FINANCIAL DISCLOSURE REPORT** (Cont'd)    Tacha, Deanell R.    May 5, 2006

## I. POSITIONS.

| Position | Name of Organization/Entity |
|---|---|
| Board of Trustees | Saint Paul School of Theology |
| Board of Directors | Kansas Health Foundation |
| Adjunct Faculty | Duke University School of Law |
| Board of Trustees | Kansas University Endowment Association |
| Board of Trustees, President | American Inns of Court |
| Stockholder & Manager | Reece Family Liability Corporation |
| Stockholder | Reece Family Agricultural Liability Corp. |
| Chair (Appointment ended 6/30/05) | Kansas Territorial Sesquicentennial Commission |
| Chair | Lawrence/Douglas County Heritage Area Committee |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)    Tacha, Deanell R.    May , 2006

## III. NON-INVESTMENT INCOME.

| Date | Source and Type | Gross Income |
|------|-----------------|--------------|

A. Filer's Non-Investment Income

11/07-11/08/05   Duke University School of Law, teaching fee        $4,400.00

B.  Spouse's Non-Investment Income.

                    Bureau of Lectures and Concert Artists          Salary

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.    May , 2006

## IV. REIMBURSEMENTS AND GIFTS.

| Source | Description |
|---|---|
| International Association of Defense Counsel Barrister's Luncheon Puerto Rico February 13-16, 2005 | Ground transportation, air fare, lodging and meals |
| National Youth Leadership Forum on Law Washington, D.C. February 22, 2005 | Ground transportation, air fare, and meals |
| Duke Federalist Society Durham, NC February 23-24, 2005 | Ground transportation, air fare, lodging and meals |
| American Inns of Court Meeting Washington, D.C. March 29-30, 2005 | Ground transportation, air fare, lodging and meals |
| University of Montana Blankenbaker Lecture Missoula, MT April 13-15, 2005 | Ground transportation, air fare, lodging and meals |
| ABA Panel Program Washington, D.C. April 26, 2005 | Ground transportation, lodging |
| American Inns of Court National Leadership Conference Salt Lake City, UT May 18-21, 2005 | Air fare, ground transportation, lodging and meals |
| American Inns of Court 7th Circuit Professionalism Award Indianapolis, IN May 23-24, 2005 | Air fare, ground transportation, lodging and meals |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May , 2006

## VI. LIABILITIES

| Creditor | Description | Value Code* |
|---|---|---|
| University National Bank | Business Loan | L |
| Sallie Mae | Student Loans | L |
| Emprise Bank | Real Estate Loan | M |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)      Tacha, Deanell R.      May 5, 2006

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If (2) Date: Month-Day | not (3) Value Code2 (J-P) | exempt (4) Gain Code1 (A-H) | from disclosure (5) Identity of buyer/seller (if private transaction) |
| 1  Putnam Vista Funds - IRA | B | Div. | L | T | | | | | |
| 2  Putnam Voyager Funds - IRA | B | Div. | L | T | | | | | |
| 3  TIAA Retirement Fund | D | Div. | M | W | | | | | |
| 4  Trust – Value and assets unknown to me--no income, beneficiary upon death | | | | | | | | | |
| 5  Putnam Global Growth IRA Fund | B | Div. | K | T | | | | | |
| 6  Putnam Global Growth IRA Funds | B | Div. | K | T | | | | | |
| 7  Bureau of Lectures & Concert Artists (sole stockholder) | A- except salary | Int. | M | U | | | | | |
| 8  Reece Family, L.C. | | None | M | U | | | | | |
| 9  Real Estate-Dec. Co | B | Rent | K | W | | | | | |
| 10  Reece Family Agriculture, L.C. | | None | K | U | | | | | |
| 11  Real Estate Hays, Ellis County, KS | | None | L | W | | | | | |
| 12  MSDW Equity Fund (Dividend Growth) IRA | | None | J | T | Sold | 1/05 | J | A | Dean Witter |
| 13  MSDW Pacific Growth Fund IRA | | None | J | T | Sold | 1/05 | J | A | Dean Witter |
| 14  MSDW Special Growth Fund IRA | | None | J | T | Sold | 1/05 | J | A | Dean Witter |

FINANCIAL DISCLOSURE REPORT (Cont'd)      Tacha, Deanell R.    May 5, 2006

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| | A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure* | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If (2) Date: Month-Day | not (3) Value Code2 (J-P) | exempt (4) Gain Code1 (A-H) | from disclosure (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Putnam Vista Funds - IRA | B | Div. | L | T | | | | | |
| 2 | Putnam Voyager Funds - IRA | B | Div. | L | T | | | | | |
| 3 | TIAA Retirement Fund | D | Div. | M | W | | | | | |
| 4 | Trust – Value and assets unknown to me--no income, beneficiary upon death | | | | | | | | | |
| 5 | Putnam Global Growth IRA Fund | B | Div. | K | T | | | | | |
| 6 | Putnam Global Growth IRA Funds | B | Div. | K | T | | | | | |
| 7 | Bureau of Lectures & Concert Artists (sole stockholder) | A-except salary | Int. | M | U | | | | | |
| 8 | Reece Family, L.C. | | None | M | U | | | | | |
| 9 | Real Estate-Dec. Co | B | Rent | K | W | | | | | |
| 10 | Reece Family Agriculture, L.C. | | None | K | U | | | | | |
| 11 | Real Estate Hays, Ellis County, KS | | None | L | W | | | | | |
| 12 | MSDW Equity Fund (Dividend Growth) IRA | | None | J | T | Sold | 1/05 | J | A | Dean Witter |
| 13 | MSDW Pacific Growth Fund IRA | | None | J | T | Sold | 1/05 | J | A | Dean Witter |
| 14 | MSDW Special Growth Fund IRA | | None | J | T | Sold | 1/05 | J | A | Dean Witter |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 5, 2006

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure* | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt<br>(2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | exempt<br>(4)<br>Gain<br>Code1<br>(A-H) | from disclosure<br>(5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| 15   MSDW Value Fund IRA | | None | J | T | Sold | 1/05 | J | A | Dean Witter |
| 16   MSDW Growth Fund IRA | | None | K | T | Sold | 1/05 | K | A | Dean Witter |
| 17   MSDW Capital Opportunities Fund IRA | | None | J | T | Sold | 1/05 | J | A | Dean Witter |
| 18   MSDW International Value Equity Fund IRA | | None | K | T | | | | | |
| 19   MSDW International Fund | | None | K | T | Sold | 1/10/05 | K | A | Dean Witter |
| 20   MSDW Value Fund IRA | | None | J | T | Sold | 1/05 | J | A | Dean Witter |
| 21   MSDW Small-Mid Special Value Fund IRA | | None | J | T | Sold | 1/05 | J | A | Dean Witter |
| 22   MSDW Pacific Growth Fund IRA | | None | J | T | Sold | 1/05 | J | A | Dean Witter |
| 23   MSDW Developing IRA Growth Fund | | None | J | T | Buy<br><br>Sold | 1/10/05<br>10/18/05<br>11/18/05 | J | B | <br><br>Dean Witter |
| 24   MSDW Special Value IRA | | None | K | T | Buy<br><br>Sold | 1/10/05<br>10/18/05<br>11/18/05 | K | B | <br><br>Dean Witter |
| 25   MSIF Mid Cap Growth IRA | | None | J | T | Buy | 11/18/05 | J | | |
| 26   MSIF US Small Cap VLU IRA | | None | K | T | Buy | 11/18/05 | K | | |
| 27   Equally Weighted S&F 500 IRA | | None | J | T | Buy | 1/10/05<br>10/18/05 | J | | |
| 28   S&P 500 Index IRA | | None | K | T | Buy | 1/10/05<br>10/18/05 | K | | |
| 29   Mid Cap Value IRA | | None | J | T | Buy | 1/07/05<br>10/18/05 | J | | |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)    Tacha, Deanell R.    May, 2006

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure* | | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If (2) Date: Month-Day | not (3) Value Code2 (J-P) | exempt (4) Gain Code1 (A-H) | from disclosure (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | | |
| 30 | Van Kampen Comstock IRA | | None | K | T | Buy | 1/10/05 10/18/05 | K | | |
| 31 | MSIF Core Fixed Inc IRA | | None | J | T | Buy | 1/10/05 4/04/05 | J | | |
| 32 | MSIF Core Fixed Inc IRA | | None | J | T | Buy | 1/10/05 4/04/05 | J | | |
| 33 | MSIF US Real Estate Portfolio IRA | | None | J | T | Buy | 1/10/05 10/18/05 | J | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G= $100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,00 P4=More than $50,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |